# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| LESSIE SMITH | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4:17CV00543 SWW |
| | * | |
| JERICHO WAY | * | |
|     DEFENDANT | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 7TH DAY OF SEPTEMBER, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE